IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEVIN SEATS,

    Plaintiff,

v.

DARREN GALLOWAY, JERRY JOHNSON JR., and LT. BRADFORD,

    Defendants.

Case No. 23-cv-1842-NJR

# JUDGMENT IN A CIVIL ACTION

**ROSENSTENGEL, Chief Judge:**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that this entire action is **DISMISSED** with prejudice, and the case is closed.

DATED: February 16, 2024

    MONICA A. STUMP,
    CLERK OF COURT

    By: *s/ Tanya Kelley*
        Deputy Clerk

APPROVED: *s/ Nancy J. Rosenstengel*
    NANCY J. ROSENSTENGEL
    Chief U.S. District Judge